UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:    18-13674 |
| PAMELA D STRAIN, | ) | |
| | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING THE AUTOMATIC STAY

THIS CAUSE coming to be heard on the motion of Nationstar Mortgage LLC d/b/a Mr. Cooper, by and through its attorneys, Shapiro Kreisman & Associates, LLC, the Court having jurisdiction, being advised in the premises and due notice having been given;

IT IS HEREBY ORDERED:

1. That the automatic stay heretofore entered is modified to the extent necessary to allow Nationstar Mortgage LLC d/b/a Mr. Cooper to foreclose the mortgage or, in its sole discretion, to accept a short sale or deed in lieu of foreclosure on the real property commonly known as: 20471 Bluestem Parkway, Lynwood, IL 60411.

2. That Federal Bankruptcy Rule 4001(a)(3) is not applicable to this order.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  May 29, 2018

**Prepared by:**

Mike Kalkowski ARDC #6185654
Richard B. Aronow ARDC# 03123969
Michael N. Burke ARDC#6291435
Shapiro Kreisman & Associates, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
17-084015