Form NTCFTFC7

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Pamela D Strain
20471 Bluestem Pkwy
Lynwood, IL 60411
SSN: xxx−xx−8825 EIN: N.A.
dba PST 1 Trust, dba PST 2 Trust, ...

Case No. : 18−13674
Chapter : 7
Judge : Deborah L. Thorne

---

Debtor's Attorney:

Lorraine M Greenberg
Lorraine M. Greenberg
150 North Michigan Avenue
Suite 800
Chicago, IL 60601

312 588−3330

Trustee:

Phillip D Levey ESQ
2722 North Racine Avenue
Chicago, IL 60614

773 348−9682

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on *May 10, 2018* .

1. *January 17, 2019* is fixed as the last day for the filing of claims by creditors other than governmental units.

2. *January 17, 2019* is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non−Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: October 17, 2018

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court